**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 00-50974
Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CODY LEE CLARK,**

**Defendant-Appellant.**

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-00-CR-21-1
--------------------
August 14, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Cody Lee Clark has requested leave to withdraw as counsel and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Clark did not file a response. Our independent review of the brief and the record discloses no nonfrivolous issue.

Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the appeal is **DISMISSED**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.